# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                                            **Case No. 06-CR-110**

    **-vs-**

**CHRISTOPHER F. MATTIN, JR.,**

        Defendant.

## ORDER

The Court has reviewed the defendant's Motion Against Malicious Prosecution and rules as follows.

The defendant's motion is **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2007.

                                      **SO ORDERED,**

                                      **s/ Rudolph T. Randa**
                                      **HON. RUDOLPH T. RANDA**
                                      **Chief Judge**